Louisa WATERS

v.

STATE.

No. 29972.

Court of Criminal Appeals of Texas.

June 28, 1958.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

BELCHER, Commissioner.

The conviction is for the possession of policy paraphernalia; the punishment, sixty days in jail.

The state in its brief filed in this cause confesses error and admits that the arrest of the appellant was unlawful and the evidence on which this conviction rests was

obtained as the result of an illegal search following the arrest. We agree.

The judgment is reversed and the cause remanded.

Opinion approved by the Court.